IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDDIE LEE SMITH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | CIVIL ACT. NO.  2:11cv447-CSC |
| ) | |
| PATHWAY FINANCIAL MGM., INC. ) | |
| ) | |
| Defendant. ) | |

**OPINION and ORDER**

On August 5, 2011, the plaintiffs filed a notice of dismissal without prejudice (doc. # 13).  Pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to a United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment.  Accordingly, upon consideration of the notice of dismissal (doc. # 13), and for good cause, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED without prejudice.  It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

Done this 9th day of August, 2011.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE